# United States District Court
## Violation Notice

**CVB Location Code:** OR25

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F01H007P | Young | 2441 |

F01H007P

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 11/26/2023 13:56 | FED 36 CFR 261.11B |

**Place of Offense:** FS 2234, DOLPH

**Offense Description: Factual Basis for Charge**
HAZMAT ☐
(B) POSSESSING OR LEAVING REFUSE, DEBRIS, OR LITTER IN AN EXPOSED OR UNSANITARY CONDITION.

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| CARR | CASEY | |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F  Race  Hair  Eyes  Height  Weight

### VEHICLE

VIN:    CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 300.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 330.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US Court House, 1000 SW 3rd Ave. Portland, OR, 97204

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F01H007P

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    11/26/2023    while exercising my duties as a law enforcement officer in the   _____   District of   _____

Pursuant to 16USC 551: I, Allen Young, United States Forest Service Law Enforcement Officer badge# 2441, state that while exercising my duties as a Law Enforcement Officer on the Siuslaw National Forest in the District of Oregon observed the following:

On 11/18/2023 while patrolling FS 2234, I located a trash dump consisting of approximately 6 bags of household trash. Digging through the trash bags I located mail belonging to Thomas DAVIS and Atom BEAVER bearing the address of 53555 SW Sourgrass Rd, Grand Ronde, OR. I proceeded to the address where I contacted Debby DAVIS the spouse of Thomas DAVIS. Debby DAVIS stated Casey CARR had loaded the DAVIS's trash on a trailer with his girlfriend, Courtney BEARSE, and brother Cody CARR. Casey CARR told DAVIS he was taking the trash to the dump but was gone for only approximately 15 minutes. I then contacted Cody CARR at 53545 Sourgrass Rd., who stated he had helped his brother load the DAVIS's trash into a trailer but did not go with Casey CARR to the dump. I directed Cody CARR tell Casey CARR to remove the trash from the Siuslaw National Forest.

At approximately 1250 on 11/26/23, I checked the dumpsite on FS 2234 and found the DAVIS's trash still on site. I proceeded to 53545 Sourgrass Rd., where I spoke with Casey CARR's daughter who confirmed Casey lived at the residence but was not home.

Due to CARR leaving litter and household trash in an exposed and unsanitary condition I issued a violation notice for 36 CFR 261.11(b): Sanitation – Possessing or leaving refuse, debris, or litter in an exposed or unsanitary condition. I provided a United States District Court violation notice options form and Violation Notice to Casey's daughter then instructed her to give it to Casey CARR when he returned home.

The foregoing statement is based upon:

     MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    11/26/2023
                Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
                Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;      PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;      CMV = Commercial vehicle involved in incident